STATE v. BOYD

No. 252P83.

Case below: 61 N.C. App. 238.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 31 May 1983.

STATE v. BYRD

No. 158P83.

Case below: 60 N.C. App. 624.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

STATE v. CAPPS

No. 208P83.

Case below: 61 N.C. App. 225.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983.

STATE v. CARR

No. 229P83.

Case below: 61 N.C. App. 402.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 May 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 May 1983.

STATE v. CAUDLE

No. 235P83.

Case below: 58 N.C. App. 89.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 31 May 1983.